```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLENE MOMPEROUSSE,
                                                    ORDER
                    Plaintiff,            17-CV-1527 (FB)(PK)

       -against-

JETBLUE AIRWAYS CORPORATION,

                    Defendant.
------------------------------------------------------------------X
```

**Peggy Kuo, United States Magistrate Judge:**

Plaintiff Charlene Momperousse requests leave to proceed *in forma pauperis* in this action, pursuant to 28 U.S.C. § 1915. (Dkt. 4.) Plaintiff's request is denied.

The federal *in forma pauperis* statute provides that "any court in the United States *may* authorize the commencement, prosecution or defense of any suit . . . without prepayment of fees or security thereof, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security thereof." 28 U.S.C. § 1915 (emphasis added). However, when counsel commences a civil action on a plaintiff's or plaintiffs' behalf, that counsel generally assumes the costs of the litigation. Plaintiff has counsel in this action and, moreover, some of her claims arise under statutes with fee-shifting provisions. If the action is resolved in Plaintiff's favor, counsel will recover the costs.

                                        **SO ORDERED:**

                                        *Peggy Kuo*
                                        PEGGY KUO
                                        United States Magistrate Judge

Dated:   Brooklyn, New York
         March 24, 2017